# EXHIBIT 1

| SITE NAME | COUNTY | TOTAL IMPACT AREA (ACRES) | IMPACT LENGTH (FEET) |
|---|---|---|---|
| AKITA BRA PAD | BRADFORD | 1.810 | NA |
| CRANRUN BRA PAD | BRADFORD | NA | 73 |
| CSI BRA PAD | BRADFORD | NA | 511 |
| EDF WYO PAD | WYOMING | 0.121 | NA |
| EILEEN BRA PAD | BRADFORD | 0.296 | NA |
| FRISBEE BRA PAD | BRADFORD | 0.250 | NA |
| GOLL BRA PAD | BRADFORD | 0.814 | NA |
| GRANT BRA PAD | BRADFORD | 2.057 | NA |
| HANNAN BRA PAD | BRADFORD | 0.003 | NA |
| HAYWARD BRA PAD | BRADFORD | 0.070 | NA |
| JOHN BARRETT BRA PAD | BRADFORD | 0.067 | NA |
| MAY BRA PAD | BRADFORD | 0.100 | NA |
| MILLER BRA PAD | BRADFORD | 0.084 | NA |
| OTTEN BRA PAD | BRADFORD | 0.107 | NA |
| REXFORD BRA PAD | BRADFORD | 0.760 | NA |
| RYLEE SUS PAD | SUSQUEHANNA | 3.522 | NA |
| SHARER BRA PAD | BRADFORD | 0.014 | NA |
| STALFORD BRA PAD | BRADFORD | 0.054 | NA |
| TREAT BRA PAD | BRADFORD | 0.267 | NA |
| WAY BRA PAD | BRADFORD | 0.024 | NA |
| WELLES 2 BRA PAD | BRADFORD | NA | 29 |
| WHITE SUS PAD | SUSQUEHANNA | 1.411 | NA |
| CTG BEA PAD | BEAVER | 0.111 | NA |
| KERRY BEA PAD | BEAVER | 0.268 | NA |
| ACW BRA PAD | BRADFORD | 0.312 | NA |
| ALEXANDER BRA PAD | BRADFORD | 0.079 | NA |
| AMMERMAN BRA PAD | BRADFORD | 0.096 | 63 |
| BALENT BRA PAD | BRADFORD | 0.040 | NA |
| BARTHOLOMEW BRA PAD | BRADFORD | 0.010 | NA |
| BENNETT BRA PAD | BRADFORD | 0.090 | NA |
| BRAD 108- LEHMAN FRAC POND | BRADFORD | 0.083 | NA |
| BRAD 14- WARD FRAC POND | BRADFORD | 0.152 | NA |
| BRAD 19- COLE FRAC POND | BRADFORD | 0.114 | NA |
| BRAD 64- WILMOT FRAC POND | BRADFORD | 0.240 | NA |
| BRAD 65- RUSSELL FRAC POND | BRADFORD | NA | 53 |
| BRAD 70- EASTABROOK FRAC POND | BRADFORD | 0.301 | NA |
| BRAD 78- ELSTON FRAC POND | BRADFORD | 0.339 | NA |
| BRAD 84- LECRONE FRAC POND | BRADFORD | 0.925 | NA |
| BRAD 9- EARL BROWN FRAC POND | BRADFORD | 0.049 | NA |
| CARR BRA PAD | BRADFORD | 0.036 | NA |
| DAVE BRA PAD | BRADFORD | 0.066 | NA |
| DRISCOLL BRA PAD | BRADFORD | NA | 40 |
| FAUSTO BRA PAD | BRADFORD | 1.081 | NA |
| FEUSNER BRA PAD | BRADFORD | 0.540 | NA |
| FLASH BRA PAD | BRADFORD | 0.064 | NA |
| GREGORY BRA PAD | BRADFORD | 0.168 | NA |
| HARRY BRA PAD | BRADFORD | 0.020 | NA |

# EXHIBIT 1

| | | | |
|---|---|---|---|
| HATCH- BRAD 20 FRAC POND | BRADFORD | 0.561 | NA |
| JACOBS BRA PAD | BRADFORD | 0.179 | NA |
| JAMES BARRETT BRA PAD | BRADFORD | 0.126 | NA |
| LAMBS FARM BRA PAD | BRADFORD | 0.165 | NA |
| LEMOREVIEW FARMS BRA PAD | BRADFORD | 0.031 | NA |
| LUCY BRA PAD | BRADFORD | 0.017 | NA |
| MATT WILL FARMS BRA PAD | BRADFORD | 0.013 | NA |
| OILCAN BRA PAD | BRADFORD | 0.003 | 125 |
| PACKARD BRA PAD | BRADFORD | 0.264 | 128 |
| POTTER BRA PAD | BRADFORD | 0.023 | NA |
| SARAH BRA PAD | BRADFORD | 0.081 | NA |
| SGL 289B BRA PAD | BRADFORD | 0.573 | 1247 |
| STEMPEL BRA PAD | BRADFORD | 0.047 | NA |
| THALL BRA PAD | BRADFORD | 1.162 | NA |
| WALT BRA PAD | BRADFORD | 0.093 | NA |
| WASYL BRA PAD | BRADFORD | 0.148 | NA |
| BEDFORD SUL PAD | SULLIVAN | 0.099 | NA |
| YENGO SUL WELL PAD | SULLIVAN | 0.085 | NA |
| DECKER FARMS SUS PAD | SUSQUEHANNA | 0.003 | NA |
| GREGERSON SUS PAD | SUSQUEHANNA | 0.071 | 57 |
| LRJ SUS PAD | SUSQUEHANNA | 0.372 | NA |
| MCGAVIN SUS PAD | SUSQUEHANNA | 0.760 | NA |
| NICKOLYN SUS PAD | SUSQUEHANNA | 0.019 | NA |
| SUSQ 2F- SQUIER FRAC POND | SUSQUEHANNA | 2.581 | NA |
| CAPPUCCI WYO PAD | WYOMING | 0.002 | NA |
| DUNNY WYO PAD | WYOMING | 0.100 | NA |
| PENECALE WYO PAD | WYOMING | 0.009 | NA |
| WARREN WYO PAD | WYOMING | 0.058 | NA |
| WYOM 5- GUSTIN FRAC POND | WYOMING | 1.117 | NA |
| **TOTAL** | | **25.778** | **2,326** |