UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :

**PETITION**

I  Jason B. Hutt , hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: Bracewell LLP

2001 M Street, NW, Suite 900

Washington, DC 20036-3310

Office Telephone: (202) 828-5850

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Please see the attached list.

My attorney Identification number is: 556777 (New York State)

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____  Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT  s/ Matthew W. Brann   Date: 3/30/2021
United States District Judge