**Execution Copy**

**Appendix A - Disclosure Table**

| MASTER LIST | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SITE INFORMATION | | | | WETLAND IMPACTS *NI=NO IMPACT IDENTIFIED* | | | | | WATERCOURSE IMPACTS *NI=NO IMPACT IDENTIFIED* | | |
| SITE NAME | COUNTY | RETURN TO COMPLIANCE OPTION | WETLAND IMPACTED RESOURCE ID | TRANSIENT IMPACT AREA (ACRES) | HABITAT ALTERATION IMPACT AREAS (ACRES) | FILL/DREDGE IMPACT AREAS (ACRES) | TOTAL IMPACT AREA (ACRES) | IMPACT POLYGON CLASSIFICATION | STREAM IMPACTED RESOURCE ID | STREAM CLASSIFICATION | IMPACT LENGTH (FEET) |
| AKITA BRA PAD | BRADFORD | OPTION 3 | TOTAL | NI | NI | 1.810 | 1.810 | | NI | NI | NI |
| AKITA BRA PAD | BRADFORD | | AKITA( A-1) | NI | NI | 0.530 | 0.530 | PEM | NI | NI | NI |
| AKITA BRA PAD | BRADFORD | | AKITA (A-2) | NI | NI | 1.280 | 1.280 | PEM | NI | NI | NI |
| CRANRUN BRA PAD | BRADFORD | OPTION 2 | NI | NI | NI | NI | NI | | S-WRA-003 (A-2) | PER | 73 |
| CSI BRA PAD | BRADFORD | OPTION 2 | TOTAL | NI | NI | NI | NI | | TOTAL | INT | 511 |
| CSI BRA PAD A | BRADFORD | | NI | NI | NI | NI | NI | NI | S-BJT-001/S-BJT-002B (A-2) | INT | 454 |
| CSI BRA PAD B | BRADFORD | | NI | NI | NI | NI | NI | NI | S-BJT-001/S-BJT-002B (A-2) | INT | 57 |
| EDF WYO PAD | WYOMING | OPTION 3 | TOTAL | NI | 0.024 | 0.097 | 0.121 | | NI | NI | NI |
| EDF WYO PAD A | WYOMING | | W-JMG-001 (A-1) | NI | 0.024 | NI | 0.024 | PFO | NI | NI | NI |
| EDF WYO PAD A | WYOMING | | W-JMG-001 (A-2) | NI | NI | 0.097 | 0.097 | PEM | NI | NI | NI |
| EILEEN BRA PAD | BRADFORD | OPTION 3 | TOTAL | 0.105 | NI | 0.191 | 0.296 | | NI | NI | NI |
| EILEEN BRA PAD A | BRADFORD | | W-RCL-001 (A-1) | 0.032 | NI | NI | 0.032 | PEM | NI | NI | NI |
| EILEEN BRA PAD B | BRADFORD | | W-RCL-002 (A-1) | 0.073 | NI | NI | 0.073 | PEM | NI | NI | NI |
| EILEEN BRA PAD B | BRADFORD | | W-RCL-002 (A-2) | NI | NI | 0.119 | 0.119 | PEM | NI | NI | NI |
| EILEEN BRA PAD C | BRADFORD | | W-RCL-001/W-RCL-002 (A-2) | NI | NI | 0.072 | 0.072 | PEM | NI | NI | NI |
| FRISBEE BRA PAD | BRADFORD | OPTION 3 | TOTAL | 0.055 | NI | 0.195 | 0.250 | | NI | NI | NI |
| FRISBEE BRA PAD A | BRADFORD | | W-WRA-001 (A-1) | 0.055 | NI | NI | 0.055 | PEM | NI | NI | NI |
| FRISBEE BRA PAD B | BRADFORD | | W-WRA-001/W-WRA-002/W-WRA-003 (A-2) | NI | NI | 0.195 | 0.195 | PEM | NI | NI | NI |
| GOLL BRA PAD | BRADFORD | OPTION 3 | TOTAL | 0.199 | 0.036 | 0.579 | 0.814 | | NI | NI | NI |
| GOLL BRA PAD A | BRADFORD | | GOLL_1 (A-2) | NI | NI | 0.010 | 0.010 | PEM | NI | NI | NI |
| GOLL BRA PAD B | BRADFORD | | GOLL_2 (A-2) | NI | NI | 0.040 | 0.040 | PEM | NI | NI | NI |
| GOLL BRA PAD C | BRADFORD | | GOLL_3 (A-1) | 0.150 | NI | NI | 0.150 | PSS | NI | NI | NI |
| GOLL BRA PAD D | BRADFORD | | GOLL_4 (A-2) | NI | NI | 0.050 | 0.050 | PEM | NI | NI | NI |
| GOLL PAD E | BRADFORD | | W-GJM-001 (A-1) | 0.049 | NI | NI | 0.049 | PEM | NI | NI | NI |
| GOLL PAD E | BRADFORD | | W-GJM-001 (A-2) | NI | NI | 0.081 | 0.081 | PEM | NI | NI | NI |
| GOLL PAD F | BRADFORD | | W-GJM-006 (A-1) | NI | 0.010 | NI | 0.010 | PFO | NI | NI | NI |
| GOLL PAD F | BRADFORD | | W-GJM-006 (A-2) | NI | NI | 0.283 | 0.283 | PEM | NI | NI | NI |
| GOLL PAD G | BRADFORD | | W-GJM-007 (A-1) | NI | 0.026 | NI | 0.026 | PFO | NI | NI | NI |
| GOLL PAD G | BRADFORD | | W-GJM-007 (A-2) | NI | NI | 0.115 | 0.115 | PEM | NI | NI | NI |
| GRANT BRA PAD | BRADFORD | OPTION 3 | TOTAL | 0.697 | 0.153 | 1.207 | 2.057 | | NI | NI | NI |
| GRANT BRA PAD A | BRADFORD | | W-WRA-002 (A-1) | 0.697 | 0.129 | 0.184 | 1.010 | PEM/PFO/PEM | NI | NI | NI |
| GRANT BRA PAD A | BRADFORD | | W-WRA-002 (A-2) | NI | NI | 0.740 | 0.740 | PFO | NI | NI | NI |
| GRANT BRA PAD B | BRADFORD | | W-WRA-004 (A-1) | NI | 0.024 | 0.070 | 0.094 | PFO | NI | NI | NI |
| GRANT BRA PAD B | BRADFORD | | W-WRA-004 (A-2) | NI | NI | 0.213 | 0.213 | PFO | NI | NI | NI |
| HANNAN BRA PAD | BRADFORD | OPTION 2 | W-BJT-006 (A-2) | NI | NI | 0.003 | 0.003 | PEM | NI | NI | NI |
| HAYWARD BRA PAD | BRADFORD | OPTION 2 | TOTAL | 0.001 | NI | 0.069 | 0.070 | | NI | NI | NI |
| HAYWARD BRA PAD A | BRADFORD | | W-WRA-001 (A-2) | 0.0004 | NI | NI | 0.0004 | PEM | NI | NI | NI |
| HAYWARD BRA PAD B | BRADFORD | | W-WRA-002 (A-2) | 0.0004 | NI | NI | 0.0004 | PEM | NI | NI | NI |
| HAYWARD BRA PAD C | BRADFORD | | W-WRA-001/W-WRA-002 (A-2) | NI | NI | 0.022 | 0.022 | PEM | NI | NI | NI |
| HAYWARD BRA PAD D | BRADFORD | | W-WRA-008/W-WRA-009 (A-2) | NI | NI | 0.047 | 0.047 | PEM | NI | NI | NI |
| JOHN BARRETT BRA PAD | BRADFORD | OPTION 2 | W-BJT-032/W-BJT-033 (A-2) | NI | NI | 0.067 | 0.067 | PSS | NI | NI | NI |
| MAY BRA PAD | BRADFORD | OPTION 3 | TOTAL | 0.037 | NI | 0.064 | 0.100 | | NI | NI | NI |
| MAY BRA PAD | BRADFORD | | W-BJT-015 (A-1) | 0.037 | NI | NI | 0.037 | PEM | NI | NI | NI |
| MAY BRA PAD | BRADFORD | | W-BJT-015 (A-2) | NI | NI | 0.064 | 0.064 | PEM | NI | NI | NI |
| MILLER BRA PAD | BRADFORD | OPTION 1 | W-RCL-002 (A-1) | NI | 0.084 | NI | 0.084 | PFO | NI | NI | NI |
| OTTEN BRA PAD | BRADFORD | OPTION 1 | W-BJT-034 (A-1) | 0.084 | NI | 0.024 | 0.107 | PEM/PEM | NI | NI | NI |
| REXFORD BRA PAD | BRADFORD | OPTION 3 | TOTAL | 0.111 | NI | 0.649 | 0.760 | | NI | NI | NI |
| REXFORD BRA PAD | BRADFORD | | W-WRA-005 (A-1) | 0.111 | NI | NI | 0.111 | PEM | NI | NI | NI |
| REXFORD BRA PAD | BRADFORD | | W-WRA-005 (A-2) | NI | NI | 0.649 | 0.649 | PEM | NI | NI | NI |
| RYLEE SUS PAD | SUSQUEHANNA | OPTION 3 | TOTAL | NI | 0.022 | 3.500 | 3.522 | | NI | NI | NI |
| RYLEE SUS PAD | SUSQUEHANNA | | RYLEE (A-1) | NI | NI | 1.190 | 1.190 | PFO | NI | NI | NI |
| RYLEE SUS PAD | SUSQUEHANNA | | RYLEE (A-2) | NI | NI | 2.310 | 2.310 | PEM | NI | NI | NI |
| RYLEE SUS PAD | SUSQUEHANNA | | W-BJT-211 (A-1) | NI | 0.022 | NI | 0.022 | PSS | NI | NI | NI |
| SHARER BRA PAD | BRADFORD | OPTION 1 | W-RCL-003 (A-1) | NI | NI | 0.014 | 0.014 | PEM | NI | NI | NI |
| STALFORD BRA PAD | BRADFORD | OPTION 2 | W-BJT-041 (A-2) | NI | NI | 0.054 | 0.054 | PEM | NI | NI | NI |
| TREAT BRA PAD | BRADFORD | OPTION 3 | TOTAL | 0.013 | NI | 0.254 | 0.267 | | NI | NI | NI |
| TREAT BRA PAD | BRADFORD | | W-WRA-001 (A-1) | 0.013 | NI | 0.184 | 0.197 | PEM | NI | NI | NI |
| TREAT BRA PAD | BRADFORD | | W-WRA-001 (A-2) | NI | NI | 0.070 | 0.070 | PEM | NI | NI | NI |
| WAY BRA PAD | BRADFORD | OPTION 3 | TOTAL | 0.022 | NI | 0.002 | 0.024 | | NI | NI | NI |
| WAY BRA PAD | BRADFORD | | W-MAB-001 (A-1) | 0.022 | NI | NI | 0.022 | PEM | NI | NI | NI |
| WAY BRA PAD | BRADFORD | | W-MAB-001 (A-2) | NI | NI | 0.002 | 0.002 | PFO | NI | NI | NI |
| WELLES 2 BRA PAD | BRADFORD | OPTION 2 | NI | NI | NI | NI | NI | NI | S-BJT-022 (A-2) | INT | 29 |
| WHITE SUS PAD | SUSQUEHANNA | OPTION 3 | TOTAL | NI | NI | 1.411 | 1.411 | | NI | NI | NI |
| WHITE SUS PAD A | SUSQUEHANNA | | W-RCL-002 (A-1) | NI | NI | 0.320 | 0.320 | PEM | NI | NI | NI |
| WHITE SUS PAD A | SUSQUEHANNA | | W-RCL-002 (A-1) | NI | NI | 1.048 | 1.048 | PEM | NI | NI | NI |
| WHITE SUS PAD B | SUSQUEHANNA | | W-RCL-003 (A-1) | NI | NI | 0.020 | 0.020 | PEM | NI | NI | NI |

**Execution Copy**

**Appendix A - Disclosure Table**

| MASTER LIST | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SITE INFORMATION | | | | WETLAND IMPACTS NI=NO IMPACT IDENTIFIED | | | | | WATERCOURSE IMPACTS NI=NO IMPACT IDENTIFIED | | |
| SITE NAME | COUNTY | RETURN TO COMPLIANCE OPTION | WETLAND IMPACTED RESOURCE ID | TRANSIENT IMPACT AREA (ACRES) | HABITAT ALTERATION IMPACT AREAS (ACRES) | FILL/DREDGE IMPACT AREAS (ACRES) | TOTAL IMPACT AREA (ACRES) | IMPACT POLYGON CLASSIFICATION | STREAM IMPACTED RESOURCE ID | STREAM CLASSIFICATION | IMPACT LENGTH (FEET) |
| WHITE SUS PAD B | SUSQUEHANNA | | W-RCL-003 (A-2) | NI | NI | 0.023 | 0.023 | PEM | NI | NI | NI |
| CTG BEA PAD | BEAVER | OPTION 2 | TOTAL | 0.004 | 0.082 | 0.025 | 0.111 | | NI | NI | NI |
| CTG BEA PAD A | BEAVER | | W-CMG-034 (A-2) | NI | 0.082 | NI | 0.082 | PFO | NI | NI | NI |
| CTG BEA PAD B | BEAVER | | W-CMG-035 (A-2) | 0.004 | NI | NI | 0.004 | PFO | NI | NI | NI |
| CTG BEA PAD C | BEAVER | | W-CMG-034/W-CMG-035 (A-2) | NI | NI | 0.025 | 0.025 | PFO | NI | NI | NI |
| KERRY BEA PAD | BEAVER | OPTION 2 | TOTAL | 0.156 | NI | 0.112 | 0.268 | | NI | NI | NI |
| KERRY BEA PAD A | BEAVER | | W-JLK-202 (A-2) | 0.146 | NI | NI | 0.146 | PFO | NI | NI | NI |
| KERRY BEA PAD B | BEAVER | | W-JLK-203 (A-2) | NI | NI | 0.079 | 0.079 | PFO | NI | NI | NI |
| KERRY BEA PAD C | BEAVER | | W-JLK-205 (A-2) | 0.010 | NI | NI | 0.010 | PFO | NI | NI | NI |
| KERRY BEA PAD D | BEAVER | | W-JLK-202/W-JLK205 (A-2) | NI | NI | 0.033 | 0.033 | PFO | NI | NI | NI |
| ACW BRA PAD | BRADFORD | OPTION 3 | TOTAL | 0.168 | NI | 0.144 | 0.312 | | NI | NI | NI |
| ACW BRA PAD A | BRADFORD | | W-BJT-289 (A-1) | 0.085 | NI | NI | 0.085 | PEM | NI | NI | NI |
| ACW BRA PAD B | BRADFORD | | W-BJT-293 (A-1) | 0.074 | NI | NI | 0.074 | PEM | NI | NI | NI |
| ACW BRA PAD C | BRADFORD | | W-MAB-106 (A-1) | 0.009 | NI | NI | 0.009 | PEM | NI | NI | NI |
| ACW BRA PAD D | BRADFORD | | W-MAB-106 (A-2) | NI | NI | 0.071 | 0.071 | PEM | NI | NI | NI |
| ACW BRA PAD D | BRADFORD | | W-BJT-293/W-MAB-106 (A-1) | NI | NI | 0.073 | 0.073 | PEM | NI | NI | NI |
| ALEXANDER BRA PAD | BRADFORD | OPTION 1 | W-JLK-110 (A-1) | 0.020 | 0.059 | NI | 0.079 | PEM/PFO | NI | NI | NI |
| AMMERMAN BRA PAD | BRADFORD | OPTION 2 | W-WRA-008 (A-2) | NI | NI | 0.096 | 0.096 | PEM | S-WRA-005 (A-2) | PER | 63 |
| BALENT BRA PAD | BRADFORD | OPTION 3 | TOTAL | NI | NI | 0.040 | 0.040 | | NI | NI | NI |
| BALENT BRA PAD | BRADFORD | | BALENT (A-1) | NI | NI | 0.020 | 0.020 | PSS | NI | NI | NI |
| BALENT BRA PAD | BRADFORD | | BALENT (A-2) | NI | NI | 0.020 | 0.020 | PSS | NI | NI | NI |
| BARTHOLOMEW BRA PAD | BRADFORD | OPTION 2 | W-WRA-222/W-WRA-224 (A-2) | NI | NI | 0.010 | 0.010 | PEM | NI | NI | NI |
| BENNETT BRA PAD | BRADFORD | OPTION 3 | TOTAL | 0.022 | NI | 0.068 | 0.090 | | NI | NI | NI |
| BENNETT BRA PAD A | BRADFORD | | W-DJY-007 (A-2) | NI | NI | 0.003 | 0.003 | PEM | NI | NI | NI |
| BENNETT BRA PAD B | BRADFORD | | W-MRK-001 (A-1) | 0.022 | NI | NI | 0.022 | PEM | NI | NI | NI |
| BENNETT BRA PAD C | BRADFORD | | W-MRK-010 (A-2) | NI | NI | 0.009 | 0.009 | PEM | NI | NI | NI |
| BENNETT BRA PAD D | BRADFORD | | W-MRK-001/W-MRK-010 (A-1) | NI | NI | 0.056 | 0.056 | PEM | NI | NI | NI |
| BRAD 108- LEHMAN FRAC POND | BRADFORD | OPTION 3 | TOTAL | 0.022 | NI | 0.061 | 0.083 | | NI | NI | NI |
| BRAD 108- LEHMAN FRAC POND | BRADFORD | | W-SLH-097 (A-1) | 0.022 | NI | NI | 0.022 | PEM | NI | NI | NI |
| BRAD 108- LEHMAN FRAC POND | BRADFORD | | W-SLH-097 (A-2) | NI | NI | 0.061 | 0.061 | PEM | NI | NI | NI |
| BRAD 14- WARD FRAC POND | BRADFORD | OPTION 1 | W-GJM-025 (A-1) | 0.120 | NI | 0.032 | 0.152 | PEM/PEM | NI | NI | NI |
| BRAD 19- COLE FRAC POND | BRADFORD | OPTION 3 | TOTAL | 0.070 | NI | 0.044 | 0.114 | | NI | NI | NI |
| BRAD 19- COLE FRAC POND | BRADFORD | | W-SLH-045 (A-1) | 0.070 | NI | NI | 0.070 | PEM | NI | NI | NI |
| BRAD 19- COLE FRAC POND | BRADFORD | | W-SLH-045 (A-2) | NI | NI | 0.044 | 0.044 | PEM | NI | NI | NI |
| BRAD 64- WILMOT FRAC POND | BRADFORD | OPTION 3 | TOTAL | 0.095 | NI | 0.145 | 0.240 | | NI | NI | NI |
| BRAD 64-WILMOT FRAC POND A | BRADFORD | | W-WRA-292 (A-1) | 0.057 | NI | 0.020 | 0.077 | PEM/PEM | NI | NI | NI |
| BRAD 64-WILMOT FRAC POND B | BRADFORD | | W-WRA-296 (A-1) | 0.038 | NI | NI | 0.038 | PEM | NI | NI | NI |
| BRAD 64-WILMOT FRAC POND B | BRADFORD | | W-WRA-296 (A-2) | NI | NI | 0.046 | 0.046 | PEM | NI | NI | NI |
| BRAD 64-WILMOT FRAC POND C | BRADFORD | | W-WRA-297 (A-2) | NI | NI | 0.079 | 0.079 | PEM | NI | NI | NI |
| BRAD 65- RUSSELL FRAC POND | BRADFORD | OPTION 2 | NI | NI | NI | NI | NI | NI | S-BJT-208 (A-2) | INT | 53 |
| BRAD 70- EASTABROOK FRAC POND | BRADFORD | OPTION 3 | TOTAL | 0.041 | NI | 0.260 | 0.301 | | NI | NI | NI |
| BRAD 70- EASTABROOK FRAC POND A | BRADFORD | | W-SLH-142 (A-2) | 0.006 | NI | 0.112 | 0.118 | PEM/PEM | NI | NI | NI |
| BRAD 70- EASTABROOK FRAC POND B | BRADFORD | | W-SLH-143 (A-2) | 0.002 | NI | NI | 0.002 | PEM | NI | NI | NI |
| BRAD 70- EASTABROOK FRAC POND C | BRADFORD | | W-SLH-061 (A-1) | 0.033 | NI | NI | 0.033 | PEM | NI | NI | NI |
| BRAD 70- EASTABROOK FRAC POND D | BRADFORD | | W-SLH-061/W-SLH-143 (A-2) | NI | NI | 0.148 | 0.148 | PEM | NI | NI | NI |
| BRAD 78- ELSTON FRAC POND | BRADFORD | OPTION 2 | W-WRA-289/W-WRA-290 (A-2) | NI | NI | 0.339 | 0.339 | PEM | NI | NI | NI |
| BRAD 84- LECRONE FRAC POND | BRADFORD | OPTION 3 | TOTAL | 0.027 | NI | 0.898 | 0.925 | | NI | NI | NI |
| BRAD 84- LECRONE FRAC POND A | BRADFORD | | LECRONE_1 (A-2) | NI | NI | 0.050 | 0.050 | PEM | NI | NI | NI |
| BRAD 84 - LECRONE FRAC POND B | BRADFORD | | LECRONE_2 (A-1) | NI | NI | 0.094 | 0.094 | PEM | NI | NI | NI |
| BRAD 84- LECRONE FRAC POND B | BRADFORD | | LECRONE_2 (A-2) | NI | NI | 0.677 | 0.677 | PEM | NI | NI | NI |
| BRAD 84 - LECRONE FRAC POND C | BRADFORD | | W-GJM-028 (A-1) | 0.027 | NI | 0.077 | 0.104 | PEM/PEM | NI | NI | NI |
| BRAD 9- EARL BROWN FRAC POND | BRADFORD | OPTION 1 | W-BJT-350 (A-1) | 0.014 | NI | 0.035 | 0.049 | PEM/PEM | NI | NI | NI |
| CARR BRA PAD | BRADFORD | OPTION 3 | TOTAL | NI | NI | 0.036 | 0.036 | | NI | NI | NI |
| CARR BRA PAD | BRADFORD | | W-SLH-068 (A-1) | NI | NI | 0.020 | 0.020 | PSS | NI | NI | NI |
| CARR BRA PAD | BRADFORD | | W-SLH-068 (A-2) | NI | NI | 0.016 | 0.016 | PSS | NI | NI | NI |
| DAVE BRA PAD | BRADFORD | OPTION 2 | TOTAL | NI | NI | 0.066 | 0.066 | | NI | NI | NI |
| DAVE BRA PAD A | BRADFORD | | W-BJT-270 (A-2) | NI | NI | 0.021 | 0.021 | PEM | NI | NI | NI |
| DAVE BRA PAD B | BRADFORD | | W-BJT-268/W-BJT-269 (A-2) | NI | NI | 0.045 | 0.045 | PEM | NI | NI | NI |
| DRISCOLL BRA PAD | BRADFORD | OPTION 2 | NI | NI | NI | NI | NI | NI | S-BJT-119 (A-2) | PER | 40 |
| FAUSTO BRA PAD | BRADFORD | OPTION 3 | FAUSTO | 0.091 | NI | 0.990 | 1.081 | | NI | NI | NI |
| FAUSTO BRA PAD | BRADFORD | | FAUSTO (A-1) | NI | NI | 0.410 | 0.410 | PEM | NI | NI | NI |
| FAUSTO BRA PAD | BRADFORD | | FAUSTO (A-2) | NI | NI | 0.580 | 0.580 | PEM | NI | NI | NI |
| FAUSTO BRA PAD | BRADFORD | | W-WRA-001 (A-1) | 0.091 | NI | NI | 0.091 | PEM | NI | NI | NI |
| FEUSNER BRA PAD | BRADFORD | OPTION 3 | TOTAL | 0.070 | NI | 0.470 | 0.540 | | NI | NI | NI |
| FEUSNER BRA PAD A | BRADFORD | | FEUSNER_1A (A-2) | NI | NI | 0.130 | 0.130 | PEM | NI | NI | NI |
| FEUSNER BRA PAD B | BRADFORD | | FEUSNER_1B (A-1) | 0.030 | NI | NI | 0.030 | PEM | NI | NI | NI |
| FEUSNER BRA PAD C | BRADFORD | | FEUSNER_2A (A-2) | NI | NI | 0.340 | 0.340 | PEM | NI | NI | NI |

**Execution Copy**

**Appendix A - Disclosure Table**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **MASTER LIST** | | | | | | | |
| **SITE INFORMATION** | | | **WETLAND IMPACTS** *NI=NO IMPACT IDENTIFIED* | | | | | | **WATERCOURSE IMPACTS** *NI=NO IMPACT IDENTIFIED* | | |
| **SITE NAME** | **COUNTY** | **RETURN TO COMPLIANCE OPTION** | **WETLAND IMPACTED RESOURCE ID** | **TRANSIENT IMPACT AREA (ACRES)** | **HABITAT ALTERATION IMPACT AREAS (ACRES)** | **FILL/DREDGE IMPACT AREAS (ACRES)** | **TOTAL IMPACT AREA (ACRES)** | **IMPACT POLYGON CLASSIFICATION** | **STREAM IMPACTED RESOURCE ID** | **STREAM CLASSIFICATION** | **IMPACT LENGTH (FEET)** |
| FEUSNER BRA PAD D | BRADFORD | | FEUSNER_2B (A-1) | 0.030 | NI | NI | 0.030 | PEM | NI | NI | NI |
| FEUSNER BRA PAD E | BRADFORD | | FEUSNER_2C (A-1) | 0.010 | NI | NI | 0.010 | PEM | NI | NI | NI |
| FLASH BRA PAD | BRADFORD | OPTION 2 | TOTAL | NI | NI | 0.064 | 0.064 | | TOTAL | NI | NI |
| FLASH BRA PAD A | BRADFORD | | W-SLH-010 (A-2) | NI | NI | 0.010 | 0.010 | PEM | NI | NI | NI |
| FLASH BRA PAD B | BRADFORD | | W-SLH-039/W-SLH-040 (A-2) | NI | NI | 0.022 | 0.022 | PEM | NI | NI | NI |
| FLASH BRA PAD C | BRADFORD | | W-SLH-041/W-SLH-042 (A-2) | NI | NI | 0.014 | 0.014 | PEM | NI | NI | NI |
| FLASH BRA PAD D | BRADFORD | | W-SLH-043/W-SLH-044 (A-2) | NI | NI | 0.018 | 0.018 | PEM | NI | NI | NI |
| GREGORY BRA PAD | BRADFORD | OPTION 3 | TOTAL | 0.052 | NI | 0.116 | 0.168 | | NI | NI | NI |
| GREGORY BRA PAD | BRADFORD | | W-MAB-042 (A-1) | 0.052 | NI | 0.050 | 0.102 | PFO | NI | NI | NI |
| GREGORY BRA PAD | BRADFORD | | W-MAB-042 (A-2) | NI | NI | 0.066 | 0.066 | PFO | NI | NI | NI |
| HARRY BRA PAD | BRADFORD | OPTION 1 | W-GJM-021 (A-1) | 0.020 | NI | NI | 0.020 | PEM | NI | NI | NI |
| HATCH- BRAD 20 FRAC POND | BRADFORD | OPTION 3 | TOTAL | 0.286 | 0.036 | 0.239 | 0.561 | | NI | NI | NI |
| HATCH- BRAD 20 FRAC POND A | BRADFORD | | W-MAB-081 (A-1) | NI | 0.036 | NI | 0.036 | PFO | NI | NI | NI |
| HATCH- BRAD 20 FRAC POND A | | | W-MAB-081 (A-2) | NI | NI | 0.013 | 0.013 | PEM | NI | NI | NI |
| HATCH- BRAD 20 FRAC POND B | BRADFORD | | W-MAB-083 (A-1) | 0.047 | NI | NI | 0.047 | PEM | NI | NI | NI |
| HATCH- BRAD 20 FRAC POND C | BRADFORD | | W-MAB-084 (A-1) | 0.239 | NI | NI | 0.239 | PEM | NI | NI | NI |
| HATCH- BRAD 20 FRAC POND D | BRADFORD | | W-MAB-083/W-WRA-084 (A-2) | NI | NI | 0.226 | 0.226 | PEM | NI | NI | NI |
| JACOBS BRA PAD | BRADFORD | OPTION 1 | TOTAL | 0.004 | 0.175 | NI | 0.179 | | NI | NI | NI |
| JACOBS BRA PAD A | BRADFORD | | W-MAB-021 (A-1) | NI | 0.081 | NI | 0.081 | PFO | NI | NI | NI |
| JACOBS BRA PAD B | BRADFORD | | W-MAB-023 (A-1) | NI | 0.094 | NI | 0.094 | PFO | NI | NI | NI |
| JACOBS BRA PAD C | BRADFORD | | W-MAB-025 (A-1) | 0.004 | NI | NI | 0.004 | PEM | NI | NI | NI |
| JAMES BARRETT BRA PAD | BRADFORD | OPTION 1 | TOTAL | 0.011 | NI | 0.115 | 0.126 | | NI | NI | NI |
| JAMES BARRETT BRA PAD A | BRADFORD | | W-JLK-123 (A-1) | 0.011 | NI | 0.081 | 0.092 | PEM/PEM | NI | NI | NI |
| JAMES BARRETT BRA PAD B | BRADFORD | | W-JLK-126 (A-1) | NI | NI | 0.009 | 0.009 | PEM | NI | NI | NI |
| JAMES BARRETT BRA PAD C | BRADFORD | | W-MAB-005/W-JLK-123 (A-1) | NI | NI | 0.025 | 0.025 | PEM | NI | NI | NI |
| LAMBS FARM BRA PAD | BRADFORD | OPTION 2 | W-WRA-275 (A-2) | NI | NI | 0.165 | 0.165 | PEM | NI | NI | NI |
| LEMOREVIEW FARMS BRA PAD | BRADFORD | OPTION 2 | W-BJT-285 (A-2) | 0.013 | NI | 0.018 | 0.031 | PSS/PSS | NI | NI | NI |
| LUCY BRA PAD | BRADFORD | OPTION 2 | W-WRA-441/W-WRA-442 (A-2) | NI | NI | 0.017 | 0.017 | PEM | NI | NI | NI |
| MATT WILL FARMS BRA PAD | BRADFORD | OPTION 1 | W-MAB-012 (A-1) | 0.013 | NI | NI | 0.013 | PEM | NI | NI | NI |
| OILCAN BRA PAD | BRADFORD | OPTION 3 | TOTAL | 0.003 | NI | NI | 0.003 | | TOTAL | PER | 125 |
| OILCAN BRA PAD A | BRADFORD | | W-BJT-275 (A-1) | 0.003 | NI | NI | 0.003 | PEM | S-BJT-120 (A-2) | PER | 88 |
| OILCAN BRA PAD B | BRADFORD | | NI | NI | NI | NI | NI | NI | S-BJT-121 (A-2) | PER | 37 |
| PACKARD BRA PAD | BRADFORD | OPTION 2 | TOTAL | 0.002 | 0.262 | NI | 0.264 | | TOTAL | INT | 128 |
| PACKARD BRA PAD A | BRADFORD | | W-BJT-344 (A-2) | NI | 0.262 | NI | 0.262 | PFO | S-BJT-201 (A-2) | INT | 128 |
| PACKARD BRA PAD B | BRADFORD | | W-BJT-345A (A-2) | 0.002 | NI | NI | 0.002 | PEM | NI | NI | NI |
| POTTER BRA PAD | BRADFORD | OPTION 2 | W-MAB-032 (A-2) | NI | NI | 0.023 | 0.023 | PEM | NI | NI | NI |
| SARAH BRA PAD | BRADFORD | OPTION 1 | W-WRA-016 (A-1) | NI | 0.081 | NI | 0.081 | PFO | NI | NI | NI |
| SGL 289B BRA PAD | BRADFORD | OPTION 2 | TOTAL | NI | 0.022 | 0.551 | 0.573 | | TOTAL | VARIES | 1247 |
| SGL 289B BRA PAD A | BRADFORD | | W-MAB-014 (A-2) | NI | NI | 0.025 | 0.025 | PSS | S-MAB-008 (A-2) | INT | 167 |
| SGL 289B BRA PAD B | BRADFORD | | W-MAB-052 (A-2) | NI | 0.022 | NI | 0.022 | PFO | S-MAB-009 (A-2) | PER | 106 |
| SGL 289B BRA PAD C | BRADFORD | | W-MAB-018/W-MAB-052 (A-2) | NI | NI | 0.526 | 0.526 | PFO | S-MAB-010 (A-2) | PER | 99 |
| SGL 289B BRA PAD D | BRADFORD | | NI | NI | NI | NI | NI | NI | S-MAB-011 (A-2) | PER | 112 |
| SGL 289B BRA PAD E | BRADFORD | | NI | NI | NI | NI | NI | NI | S-MAB-012 (A-2) | PER | 57 |
| SGL 289B BRA PAD F | BRADFORD | | NI | NI | NI | NI | NI | NI | S-MAB-016 (A-2) | INT | 50 |
| SGL 289B BRA PAD G | BRADFORD | | NI | NI | NI | NI | NI | NI | S-MAB-017 (A-2) | INT | 656 |
| STEMPEL BRA PAD | BRADFORD | OPTION 1 | W-DHB-002 (A-1) | NI | NI | 0.047 | 0.047 | PEM | NI | NI | NI |
| THALL BRA PAD | BRADFORD | OPTION 3 | TOTAL | NI | 0.787 | 0.375 | 1.162 | | NI | NI | NI |
| THALL BRA PAD A | BRADFORD | | W-WRA-024 (A-2) | NI | NI | 0.092 | 0.092 | PEM | NI | NI | NI |
| THALL BRA PAD B | BRADFORD | | W-WRA-025 (A-1) | NI | 0.458 | NI | 0.458 | PFO | NI | NI | NI |
| THALL BRA PAD B | BRADFORD | | W-WRA-025 (A-2) | NI | NI | 0.125 | 0.125 | PFO | NI | NI | NI |
| THALL BRA PAD C | BRADFORD | | W-WRA-026 (A-1) | NI | 0.329 | NI | 0.329 | PFO | NI | NI | NI |
| THALL BRA PAD C | BRADFORD | | W-WRA-026 (A-2) | NI | NI | 0.068 | 0.068 | PFO | NI | NI | NI |
| THALL BRA PAD D | BRADFORD | | W-WRA-022/W-WRA-023 (A-2) | NI | NI | 0.090 | 0.090 | PEM | NI | NI | NI |
| WALT BRA PAD | BRADFORD | OPTION 2 | W-SLH-052 (A-2) | NI | NI | 0.093 | 0.093 | PEM | NI | NI | NI |
| WASYL BRA PAD | BRADFORD | OPTION 2 | W-SLH-102 (A-2) | 0.148 | NI | NI | 0.148 | PEM | NI | NI | NI |
| BEDFORD SUL PAD | SULLIVAN | OPTION 2 | W-MAB-051 (A-2) | 0.069 | NI | 0.030 | 0.099 | PEM/PEM | NI | NI | NI |
| YENGO SUL WELL PAD | SULLIVAN | OPTION 1 | W-BJT-266 (A-1) | 0.021 | NI | 0.064 | 0.085 | PEM/PEM | NI | NI | NI |
| DECKER FARMS SUS PAD | SUSQUEHANNA | OPTION 1 | W-SLH-030 (A-1) | 0.003 | NI | NI | 0.003 | PEM | NI | NI | NI |
| GREGERSON SUS PAD | SUSQUEHANNA | OPTION 3 | W-JLK-192 (A-1) | 0.071 | NI | NI | 0.071 | PEM | S-MAB-055 (A-2) | INT | 57 |
| LRJ SUS PAD | SUSQUEHANNA | OPTION 3 | W-JLK-198 (A-1) | 0.010 | 0.031 | 0.331 | 0.372 | | NI | NI | NI |
| LRJ SUS PAD | SUSQUEHANNA | | W-JLK-198 (A-1) | 0.010 | 0.031 | NI | 0.041 | PEM/PFO | | | |
| LRJ SUS PAD | SUSQUEHANNA | | W-JLK-198 (A-2) | NI | NI | 0.331 | 0.331 | PFO | | | |
| MCGAVIN SUS PAD | SUSQUEHANNA | OPTION 3 | TOTAL | NI | 0.120 | 0.640 | 0.760 | | NI | NI | NI |
| MCGAVIN SUS PAD A | SUSQUEHANNA | | MCGAVIN_1A (A-2) | NI | NI | 0.520 | 0.520 | PEM | NI | NI | NI |
| MCGAVIN SUS PAD B | SUSQUEHANNA | | MCGAVIN_1B (A-2) | NI | NI | 0.120 | 0.120 | PEM | NI | NI | NI |
| MCGAVIN SUS PAD C | SUSQUEHANNA | | MCGAVIN_2 (A-1) | NI | 0.030 | NI | 0.030 | PFO | NI | NI | NI |
| MCGAVIN SUS PAD D | SUSQUEHANNA | | MCGAVIN_3 (A-1) | NI | 0.090 | NI | 0.090 | PFO | NI | NI | NI |

**Execution Copy**

**Appendix A - Disclosure Table**

| MASTER LIST | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **SITE INFORMATION** | | | | **WETLAND IMPACTS** *NI=NO IMPACT IDENTIFIED* | | | | | **WATERCOURSE IMPACTS** *NI=NO IMPACT IDENTIFIED* | | |
| **SITE NAME** | **COUNTY** | **RETURN TO COMPLIANCE OPTION** | **WETLAND IMPACTED RESOURCE ID** | **TRANSIENT IMPACT AREA (ACRES)** | **HABITAT ALTERATION IMPACT AREAS (ACRES)** | **FILL/DREDGE IMPACT AREAS (ACRES)** | **TOTAL IMPACT AREA (ACRES)** | **IMPACT POLYGON CLASSIFICATION** | **STREAM IMPACTED RESOURCE ID** | **STREAM CLASSIFICATION** | **IMPACT LENGTH (FEET)** |
| NICKOLYN SUS PAD | SUSQUEHANNA | OPTION 1 | W-WRA-043 (A-1) | 0.019 | NI | NI | 0.019 | PFO | NI | NI | NI |
| SUSQ 2F- SQUIER FRAC POND | SUSQUEHANNA | OPTION 1 | W-MAB-088/W-MAB-089/W-MAB-090 (A-1) | NI | NI | 2.581 | 2.581 | PEM & PSS | NI | NI | NI |
| CAPPUCCI WYO PAD | WYOMING | OPTION 2 | W-SLH-077 (A-2) | 0.002 | NI | NI | 0.002 | PEM | NI | NI | NI |
| DUNNY WYO PAD | WYOMING | OPTION 1 | W-SLH-054 (A-1) | NI | 0.100 | NI | 0.100 | PFO | NI | NI | NI |
| PENECALE WYO PAD | WYOMING | OPTION 1 | W-SLH-074 (A-1) | 0.009 | NI | NI | 0.009 | PEM | NI | NI | NI |
| WARREN WYO PAD | WYOMING | OPTION 2 | TOTAL | 0.016 | NI | 0.042 | 0.058 | | NI | NI | NI |
| WARREN WYO PAD A | WYOMING | | W-MAB-039 (A-2) | 0.010 | NI | NI | 0.010 | PEM | NI | NI | NI |
| WARREN WYO PAD B | WYOMING | | W-MAB-040 (A-2) | 0.006 | NI | NI | 0.006 | PEM | NI | NI | NI |
| WARREN WYO PAD C | WYOMING | | W-MAB-039/W-MAB-040 (A-2) | NI | NI | 0.042 | 0.042 | PEM | NI | NI | NI |
| WYOM 5- GUSTIN FRAC POND | WYOMING | OPTION 3 | TOTAL | 0.433 | NI | 0.684 | 1.117 | | NI | NI | NI |
| WYOM 5- GUSTIN FRAC POND A | WYOMING | | W-BJT-352 (A-1) | 0.345 | NI | NI | 0.345 | PEM | NI | NI | NI |
| WYOM 5- GUSTIN FRAC POND A | WYOMING | | W-BJT-352 (A-2) | NI | NI | 0.004 | 0.004 | PEM | NI | NI | NI |
| WYOM 5- GUSTIN FRAC POND B | WYOMING | | W-BJT-353 (A-1) | 0.008 | NI | NI | 0.008 | PEM | NI | NI | NI |
| WYOM 5- GUSTIN FRAC POND C | WYOMING | | W-BJT-355 (A-1) | 0.023 | NI | NI | 0.023 | PEM | NI | NI | NI |
| WYOM 5- GUSTIN FRAC POND D | WYOMING | | W-BJT-356 (A-1) | 0.057 | NI | NI | 0.057 | PEM | NI | NI | NI |
| WYOM 5- GUSTIN FRAC POND E | WYOMING | | W-BJT-353/W-BJT-356 (A-2) | NI | NI | 0.246 | 0.246 | PEM | NI | NI | NI |
| WYOM 5- GUSTIN FRAC POND F | WYOMING | | W-BJT-355/W-BJT-356 (A-2) | NI | NI | 0.434 | 0.434 | PEM | NI | NI | NI |
| **TOTAL** | | | | **3.449** | **2.074** | **20.255** | **25.778** | | | | **2,326** |

*The Parties agree that only the total wetland impact areas (acres) and total impact lentgh (feet), including NI designations, are binding in this table as summarized for the entire site (row background in white).  Return to Compliance Options for sites (1, 2, or 3) and individual impact polygons (A-1 or A-2) are understood by the parties to be fluid, as these contemplated designations and associated subtotals (row background in gray) may be subject to change during the Appendix B implementation process.