**Execution Copy**

## APPENDIX D
## ANTICIPATED PERMITTING SCHEDULE

| | |
|---|---|
| **Month 1:** | Meet with agencies to discuss permit types for all 76 Sites, including pre-application meeting to discuss first 6 applications (Akita, Balent, CSI, EDF, Otten, and Way) [A] |
| **Month 2:** | Submit permit applications for 6 Sites.<br><br>–Akita<br><br>–Balent<br><br>–CSI<br><br>–EDF<br><br>–Otten<br><br>–Way<br><br>CALLC may concurrently submit one or more plans or applications for mitigation projects that is/are expected to generate mitigation credits equal to or exceeding the mitigation associated with its first 6 permit applications for restoration and/or after-the-fact permitting. Any such plans or applications shall include proposed timeliness for constructing and completing the proposed mitigation project(s).[B] |
| **Month 3:** | Receive comments on first 6 permit applications from Agencies.<br><br>First Quarterly Pre-Application meeting to discuss an additional 18 Sites. |
| **Month 4:** | Submit permit applications for 6 of the additional First Quarter Sites. |
| **Month 5:** | Submit permit applications for 6 of the additional First Quarter Sites. |
| **Month 6:** | Submit permit applications for 6 of the additional First Quarter Sites.<br><br>Second Quarterly Pre-Application meeting to discuss an additional 18 Sites. |
| **Month 7:** | Submit permit applications for 6 of the additional Second Quarter Sites. |
| **Month 8:** | Submit permit applications for 6 of the additional Second Quarter Sites. |
| **Month 9:** | Submit permit applications for 6 of the additional Second Quarter Sites.<br><br>Third Quarterly Pre-Application meeting to discuss an additional 18 Sites. |
| **Month 10:** | Submit permit applications for 6 of the additional Third Quarter Sites. |
| **Month 11:** | Submit permit applications for 6 of the additional Third Quarter Sites. |

**Execution Copy**

| | |
|---|---|
| **Month 12:** | Submit permit applications for 6 of the additional Third Quarter Sites.<br><br>Fourth Quarterly Pre-Application meeting to discuss an additional 16 Sites. |
| **Month 13:** | Submit permit applications for 6 of the additional Fourth Quarter Sites. |
| **Month 14:** | Submit permit applications for 6 of the additional Fourth Quarter Sites. |
| **Month 15:** | Submit permit applications for 4 remaining Fourth Quarter Sites. |

CALLC shall commence construction required by each Site-Specific Restoration Plan (SSRP) by the end of the growing season in the year following final action on such permit applications. The construction activities required by each SSRP shall be completed within 12 months of commencement of construction unless PADEP, in consultation with the Federal Agencies, agrees in writing to a reasonable extension of time in accordance with Appendix B.

Should CALLC's mitigation obligation exceed the equivalent of the establishment or re-establishment of 55 wetland acres, CALLC shall have the option to pause its obligation to submit permit applications in accordance with this Appendix D for a period of up to nine months to enable CALLC to contract for additional mitigation project(s) that are expected to generate mitigation credits equal to or exceeding the mitigation associated with the additional obligation. CALLC may exercise this option to pause the submission of applications by filing a notice in writing with the Agencies.

---

[A]  Month 1 shall be the first full calendar month following entry of the Consent Decree. This proposed schedule is for Joint Permit Applications and General Permit Applications only. To the extent a lengthier permit process may be required for any Site, CALLC and the Agencies will need to discuss a different permitting schedule for those Sites.

[B]  To address mitigation obligations associated with CALLC's subsequent applications for restoration or after-the-fact permits, either (i) CALLC's subsequent applications may refer to any of its prior plans or applications for mitigation projects to the extent that the anticipated mitigation credit generation has not been previously used to address the mitigation associated with CALLC's prior permit applications for restoration and/or after-the-fact permitting, or (ii) CALLC may submit one or more additional plans or applications for mitigation projects that is/are expected to generate mitigation credits equal to or exceeding the mitigation associated with the permit applications for restoration and/or after-the-fact permitting being submitted.

38019013.1